# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2296 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 149 DB 2016 |
| Petitioner | : | |
| | : | Attorney Registration No. 32985 |
| v. | : | |
| | : | (Chester County) |
| EDWARD J. O'BRIEN, III, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of June, 2022, upon consideration of the Verified Statement of Resignation, Edward J. O'Brien, III, is disbarred on consent from the Bar of this Commonwealth, retroactive to September 21, 2016. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).